BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-MJ-00057 DAD |
| Plaintiff, | STIPULATION AND ORDER TO RESCHEDULE PRELIMINARY EXAMINATION |
| v. | |
| ERIC WORRELL, | DATE: April 3, 2015<br>TIME: 2 p.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary examination on April 3, 2015.

2. By this stipulation, the parties now move to continue the preliminary examination until May 1, 2015, and to exclude time between April 3, 2015, and May 1, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant was arrested on March 19, 2015 and made his initial appearance on March 20, 2015.

   b) On March 25, 2015, the government provided to defense counsel approximately 20 pages of documents, including investigative reports and one recorded telephone call.

   c) Both the defendant and the government consent to extending the time limits of

Rule 5.1(c) of the Federal Rules of Criminal Procedure.

d) The parties agree that good cause exists for continuing the preliminary examination because the parties require time to consult regarding the charges named in the criminal complaint and to review the investigative reports and other documents associated with this case.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2015 to May 1, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  March 27, 2015                     BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ *Josh F. Sigal*
                                           JOSH F. SIGAL
                                           Special Assistant U.S. Attorney


Dated:  March 27, 2015                     /s/ *Josh F. Sigal* for
                                           BENJAMIN GALLOWAY
                                           Counsel for Defendant
                                           Eric Worrell

STIPULATION TO RESCHEDULE PRELIMINARY EXAMINATION

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of March, 2015.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE